■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE HOWELL, Appellant.—Judgment, Supreme Court, Bronx County, rendered on February 16, 1977, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL

460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Silverman, Evans, Lane and Sullivan, JJ.